

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00587-CR

Mary **RENDON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 372431
Honorable Carlo Key, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  April 30, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal and for expedited issuance of the mandate.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We **order** the

clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

Do Not Publish